UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHESSA HAMMACK, *et al.*,<br><br>Defendants. | Case No. 2:13-cr-00361-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Ashley A. Balducci's ("Counsel") Motion for Removal from Electronic Service List (ECF No. 217), filed June 21, 2018. Upon review and consideration and with good cause appear therefor,

**IT IS HEREBY ORDERED** that Ashley A. Balducci's ("Counsel") Motion for Removal from Electronic Service List (ECF No. 217) is **granted**.

Dated this 22nd day of June, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE